[No. 31491-2-I.    Division One.    December 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01605-9, Patricia H. Aitken, J., entered September 8, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 33759-9-I.    Division One.    December 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT
CARLOS McLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03892-1, Jim Bates, J., entered November 12, 1993. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Webster and Agid, JJ.

[No. 31156-5-I.    Division One.    December 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN
PAUL MORTIMER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01361-1, James H. Allendoerfer, J., entered July 27, 1992. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Webster and Agid, JJ.

[No. 31322-3-I.    Division One.    December 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
HAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02224-5, William L. Downing, J., entered August 4, 1992. *Dismissed* by unpublished per curiam opinion.